IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mathis, Samuel D | Case Number: 06 B 11395 |
|---|---|---|
|  | Mathis, Denise A | Judge: Wedoff, Eugene R |
|  | Printed: 3/4/08 | Filed: 9/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 14, 2008
Confirmed: May 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,998.00 |  |
| Secured: |  | 7,515.05 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 583.95 |
| Other Funds: |  | 899.00 |
| Totals: | 11,998.00 | 11,998.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 12,892.45 | 4,536.00 |
| 5. | Bridgeview Auto Sales | Secured | 1,000.00 | 315.56 |
| 6. | Quinlan & Fabish Music | Secured | 1,000.00 | 510.56 |
| 7. | Monterey Financial Services | Secured | 1,886.00 | 580.84 |
| 8. | Great American Finance Company | Secured | 1,750.00 | 496.66 |
| 9. | New Century Mortgage | Secured | 5,045.60 | 831.89 |
| 10. | Saxon Mortgage Services Inc | Secured | 2,800.00 | 243.54 |
| 11. | Illinois Dept of Revenue | Priority | 444.41 | 0.00 |
| 12. | Internal Revenue Service | Priority | 470.12 | 0.00 |
| 13. | Great American Finance Company | Unsecured | 117.88 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 1.14 | 0.00 |
| 15. | Municipal Collection Services | Unsecured | 175.00 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 38.55 | 0.00 |
| 17. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 18. | Monterey Financial Services | Unsecured | 21.04 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 141.67 | 0.00 |
| 20. | Capital One | Unsecured | 218.84 | 0.00 |
| 21. | AmeriCash Loans, LLC | Unsecured | 17.33 | 0.00 |
| 22. | Great American Finance Company | Unsecured | 0.06 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 28.38 | 0.00 |
| 24. | America's Financial Choice Inc | Unsecured | 98.53 | 0.00 |
| 25. | Nicor Gas | Unsecured | 133.42 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mathis, Samuel D | Case Number: 06 B 11395 |
|---|---|---|
| | Mathis, Denise A | Judge: Wedoff, Eugene R |
| | Printed: 3/4/08 | Filed: 9/12/06 |

| | | | | |
|---|---|---|---:|---:|
| 26. | Asset Acceptance | Unsecured | 19.98 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 84.07 | 0.00 |
| 28. | Capital One | Unsecured | 86.94 | 0.00 |
| 29. | Quinlan & Fabish Music | Unsecured | 73.99 | 0.00 |
| 30. | T Mobile USA | Unsecured | 35.59 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 116.20 | 0.00 |
| 32. | AmeriCash Loans, LLC | Unsecured | 141.89 | 0.00 |
| 33. | National Quick Cash | Unsecured | | No Claim Filed |
| 34. | Allstate | Unsecured | | No Claim Filed |
| 35. | Cingular Wireless | Unsecured | | No Claim Filed |
| 36. | First National Bank | Unsecured | | No Claim Filed |
| 37. | Target | Unsecured | | No Claim Filed |
| 38. | Instant Cash Advance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,839.08 | $ 10,515.05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 122.86 |
| 5.4% | 461.09 |
| | _____ |
| | $ 583.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

